**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) Case No.: |
| v. | ) |
| | ) Judge |
| | ) |
| EVANS AND SON BLACKTOP, INC., | ) |
| an Illinois corporation | ) Magistrate Judge |
| | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, EVANS AND SON BLACKTOP, INC., an Illinois corporation, as follows:

**JURISDICTION AND VENUE**

1.    (a)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

(b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2.    (a)    Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)    The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)    The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.    (a)    EVANS AND SON BLACKTOP, INC., an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)    EVANS AND SON BLACKTOP, INC., an Illinois corporation, has its principal place of business at West Chicago, Illinois.

(c)    EVANS AND SON BLACKTOP, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

2

4.      Effective March 20, 2017 EVANS AND SON BLACKTOP, INC., entered into an Area Wide Material Hauling Agreement with Teamsters Local 673 for the period through May 31, 2019, which renewed, according to its terms, through May 31, 2021. Thereafter, EVANS AND SON BLACKTOP, INC., entered a Two Year Contract Extension effective for the period from June 1, 2021 through May 31, 2023. Subsequently, EVANS AND SON BLACKTOP, INC., and entered into an Area Wide Material Hauling Agreement with Teamsters 673, for the period from June 1, 2023 through May 31, 2027. All of these Agreements are confirmed with the Local and documents are found in Exhibit A. All of these Agreements required contributions to the Funds pursuant to 29 U.S.C. 1145. EVANS AND SON BLACKTOP, INC., has not sent a notice of termination.

5.      Pursuant to the terms of the contract and the trust agreements establishing the Funds, Employer is required to make its books and records available to the Funds for audit

6.      The Funds have attempted to obtain the books and records of the Defendant for an audit for the period July 1, 2020 through July 31, 2025. The Funds' auditor has written and repeatedly telephoned the company and received no response.

7.      Without an order directing an audit be performed and delinquencies paid thereunder, Plaintiffs are unable to fulfill their fiduciary duties under the Plan.

8.      The amount presently due cannot be ascertained without an audit.

WHEREFORE, Plaintiffs pray:

A.      That the Court order an audit of Defendant's books and records for the period July 1, 2020 through July 31, 2025 to determine the actual amounts due and owing.

B.      That judgment be entered against the corporation, and in favor of the Plaintiffs in the amount shown to be due under the audit.

3

C.      That the Plaintiffs be awarded all relief provided for under 29 U.S.C. 1132(g)(2)

including interest, 20% liquidated damages, costs and attorneys' fees.

D.      That the Court enjoin the corporation from operation without making the Fund

whole for its past delinquencies, and the grant of security for its current contributions.

E.      That the Court grant such other relief as the Court may deem appropriate..

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
                One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
35 E. Wacker Drive
Suite 600
Chicago, Illinois  60601
(312) 236-0415

# EXHIBIT A

Evans & Sons Blacktop, Inc.
3 N. 775 Powis Rd.
West Chicago, IL. 60185

# ORIGINAL

## THE

## AREA WIDE MATERIAL HAULING AGREEMENT

## BETWEEN

## TEAMSTERS LOCAL 673

## EFFECTIVE JUNE 1, 2015 THROUGH MAY 31, 2019



1

THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

## ARTICLE 39
## DURATION AND TERMINATION

39.1 THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2019.   AFTER MAY 31,2019, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS _____20th_____ DAY OF _MARCh____, 2017 .

FOR THE EMPLOYER:

_____
SIGNATURE
_Vice PresiDent_
TITLE
_3N 725 Powis RD_
ADDRESS
_West Chicago, Il 60185_
_630-377-1212_
PHONE #

FOR THE UNION:

_____
TIMOTHY L. CUSTER
SECRETARY-TREASURER &
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660

Ⓐ Halth & Welfare Per week

Ⓑ Pension Per Week

Ⓒ No ReTRo Pay

40




# GENERAL TEAMSTERS, CHAUFFEURS, SALESDRIVERS AND HELPERS, LOCAL UNION NO. 673, ALL OF DUPAGE COUNTY AND ALL OF KANE COUNTY SOUTH OF ROOSEVELT ROAD, ILLINOIS

### AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS

TIMOTHY L. CUSTER   Secretary-Treasurer Principal Officer

**Area Wide Material Hauling Agreement**
**Memorandum of Agreement**
**Two Year Contract Extension**
**Effective June 1, 2021 through May 31, 2023**

ER4391

The undersigned agree to this Memorandum of Agreement to extend the current Collective Bargaining Agreement which expired May 31, 2021 for two (2) years effective June 1, 2021 through and including May 31, 2023, with the following modifications:

Effective June 1, 2021 a total package increase of $1.62 to be allocated between wages, Health & Welfare and Pension as follows:

| | | |
|---|---|---|
| Wages: | .65¢ per hour | PENSION FUND |
| Health & Welfare: | .45¢ per hour = $18.00 per week | JUN 21 2021 |
| Pension: | .52¢ per hour = $20.80 per week | RECEIVED |

Effective June 1, 2022 a total package increase of $1.67 to be allocated between Wages, Health & Welfare and Pension.

**For the Company:**

Evans & Son Blacktop Inc.
3N775 Powis Rd.
West Chicago, IL 60185

_Marla Campbell_
(Signature)

Marla Campbell
(Printed Name)

**For the Union:**

Teamsters Local 673
1050 W. Roosevelt Rd.
West Chicago, IL 60185

_Timothy L. Custer_
Timothy L. Custer



THE


AREA WIDE MATERIAL HAULING AGREEMENT


BETWEEN


TEAMSTERS LOCAL 673

&

```
005227820      06-19-2023   AWM
EVANS AND SON BLACKTOP, INC.
3 N. 775 POWIS RD.
WEST CHICAGO           IL 60185
```

**EFFECTIVE JUNE 1, 2023 THROUGH MAY 31, 2027**



1

**IN WITNESS WHEREOF** THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS
_____ DAY OF _____, _____.

FOR THE EMPLOYER:                          FOR THE UNION:

_____                        _____
SIGNATURE                                   TIMOTHY L. CUSTER
O.P.                                        SECRETARY-TREASURER&
_____                        PRINCIPAL OFFICER
TITLE                                       TEAMSTERS LOCAL 673
3N775 Powis Rd                              1050 W. ROOSEVELT RD.
_____                        WEST CHICAGO, IL 60185
ADDRESS                                     630) 231-6660
West Chicago IL 60185
_____

_____
PHONE #

43